UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Criminal No. |
| RAYMOND PARRISH | : | <u>ORDER FOR CONTINUANCE</u> |

      This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Barry A. Kamar, Assistant U.S. Attorney, appearing), and defendant Raymond Parrish (K. Anthony Thomas, Assistant Federal Public Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      (1) The case at bar involves an allegation that a handgun was possessed by defendant in Newark, New Jersey. Defendant is alleged to be a convicted felon, and thus prohibited from possessing a firearm;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter; and

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this /0 day of September, 2013,

ORDERED that this action be, and hereby is, continued an additional 60 days from the effective date of this order; and it is further

ORDERED that the period from the date of this order through the following 60 days shall be excludable in computing the time under the Speedy Trial Act of 1974.

_____
HON. WILLIAM H. WALLS
United States District Judge

Form and entry
consented to:

_____
BARRY A. KAMAR
Assistant U.S. Attorney

_____
K. ANTHONY THOMAS, AFPD
Counsel for defendant Raymond Parrish