UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Criminal No. 13-506 |
| RAYMOND PARRISH | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Barry A. Kamar, Assistant U.S. Attorney, appearing), and defendant Raymond Parrish (Carol Gillen, Assistant Federal Public Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and one continuance having been granted previously, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 19 day of November, 2013,

IT IS ORDERED that the period from November 11, through January 11, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. WILLIAM H. WALLS
United States District Judge

Form and entry
consented to:

_____ for Carol Gillen
CAROL GILLEN, AFPD
Counsel for defendant Raymond Parrish

_____
BARRY A. KAMAR
Assistant U.S. Attorney

_____
LISA M. COLONE
Assistant U.S. Attorney
Chief, General Crimes Unit

2